In re Victor M. CROWN, Jr., Plaintiff–Appellant.

No. 13–1962.

United States Court of Appeals, Seventh Circuit.

Submitted July 1, 2013.

Decided July 18, 2013.

Amended July 23, 2013.

Victor M. Crown, Jr., Park Ridge, IL, pro se.

Before RICHARD D. CUDAHY, Circuit Judge, RICHARD A. POSNER, Circuit Judge and JOHN DANIEL TINDER, Circuit Judge.

## ORDER

This pro se appeal is unintelligible. To the extent that we can comprehend this appeal, we consider it to be redundant and frivolous. Accordingly, we **DISMISS** Crown's appeal. We warn Crown that the court sanctions litigants who file frivolous papers. *Alexander v. United States*, 121 F.3d 312 (7th Cir.1997).